IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MAE GILBRIDE, on behalf of
GEORGE J. GILBRIDE,

      Plaintiff,

v.                                                                CASE NO. 1:06-cv-00247-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner of Social Security,

denying Plaintiff's applications for supplemental security income benefits filed under Title XVI

of the Social Security Act, be affirmed.  The Magistrate Judge filed the Report and

Recommendation on Friday, October 5, 2007.  The parties have been furnished a copy of the

Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United

States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to

which an objection has been made.  In this instance, however, no objections were made.

Although the Plaintiff was initially found to be entitled to supplemental security income

benefits, the Administrative Law Judge ("ALJ") later determined that Plaintiff's disability no

longer met Listing 112.11, and that he was therefore no longer disabled.  Under 42 U.S.C. §

405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence

and the correct legal standards have been applied.  Graham v. Apfel, 129 F.3d 1420, 1422 (11th

Cir. 1997).  Plaintiff argues that the ALJ erred by finding that his grandmother waived his

statutory right to counsel at the hearing, and by failing to obtain a current psychiatric evaluation

from the University of Florida Shands Teaching Hospital.

The Magistrate finds that Plaintiff has shown that his statutory right to counsel was not

waived, but because Plaintiff has not demonstrated any evidentiary gaps causing unfairness or

clear prejudice, remand is not necessary.  The Court agrees with the Magistrate that Plaintiff has

not shown any prejudice from the lack of counsel.  The record as a whole is complete, and

contains no evidentiary gaps.  Therefore, having considered the Report and Recommendation, I

have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and
        incorporated by reference in this order;

2.      The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *23rd* day of January, 2008

      *s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge